AO 442 (Rev. 01/09) Arrest Warrant

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

FID# 1168722

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. B-25-CR-257-01 |
| JAMES LAEL JENSEN | ) | |
| *Defendant* | ) | |

**COPY**

MN
RECD USMS BROWNSVILLE
APR 17 2025 PM 3:33

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **JAMES LAEL JENSEN**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

SEALED INDICTMENT

Date: Apr 17, 2025

*Issuing officer's signature*

City and state: Brownsville, Texas

Maricela Perez, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. <br><br> Date: _____ <br><br> *Arresting officer's signature* <br><br> *Printed name and title* |