AO 442 (Rev. 01/09) Arrest Warrant

**Sealed**
Public and unofficial staff access
to this instrument are
prohibited by court order.

FID# 11786199

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

COPY

United States of America )
v. )
) Case No. **B-25-CR-257-03**
**KELLY ANN JENSEN** )
*Defendant* )

## ARREST WARRANT

RECD USMS BROWNSVIL
APR 17 2025 PM3:
MN

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **KELLY ANN JENSEN**                                                                                   ,

who is accused of an offense or violation based on the following document filed with the court:

✔ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

SEALED INDICTMENT

RECD USMS BROWNSVILLE
APR 17 2025 PM3:33
MN

Date:   Apr 17, 2025

*Issuing officer's signature*

City and state:   Brownsville, Texas

Maricela Perez, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____  *Arresting officer's signature* |
| *Printed name and title* |